IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSEMARY SHIELDS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| MAIN LINE HOSPITALS, INC., and MAIN LINE HEALTH, INC., | : NO. 2:22-cv-03307-MRP |
| Defendants. | : |

**ORDER**

**AND NOW,** this 27th day of October, 2023, upon consideration of the Defendants' Motion for Summary Judgment and the responses thereto, and Plaintiff's Motion for Summary Judgment and the responses thereto, it is hereby **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment is **GRANTED in part** and **DENIED in part**;[1]

2. Plaintiff's Motion for Summary Judgment is **DENIED**.

BY THE COURT:

_____
Hon. Mia R. Perez

---

[1] As set forth in the accompanying memorandum, Defendants' Motion for Summary Judgment is granted with respect to its (i) failure to accommodate claim to the extent it is premised on Ms. Shields's natural immunity beliefs; and (ii) disparate treatment claim. The Motion is denied with respect to Ms. Shields's (i) failure to accommodate claim to the extent it is premised on her fetal cell line usage beliefs; (ii) failure to accommodate her fetal cell line beliefs after considering her appeal and second exemption request; and (ii) retaliation claim.